IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SCOTT E. CONNER, | ) | No. C 09-4650 MMC (PR) |
| Plaintiff, | ) ) ) | **ORDER GRANTING DEFENDANTS' FIRST REQUEST FOR EXTENSION OF TIME** |
| v. | ) ) | |
| K.R. CRUSE, et al., | ) ) | **(Docket No. 6)** |
| Defendants. | ) ) | |
| _____ | ) | |

     GOOD CAUSE APPEARING, defendants' request for an extension of time to file a summary judgment or other dispositive motion is hereby GRANTED.  Defendants shall file such motion no later than **September 20, 2010**.  Within **thirty** days of the date the motion is filed, plaintiff shall file with the Court and serve on defendants' counsel opposition thereto.  Defendants <u>shall</u> file a reply to plaintiff's opposition within **fifteen** days of the date such opposition is filed.

     This order terminates Docket No. 6.

     IT IS SO ORDERED.

DATED: August 9, 2010

_____
MAXINE M. CHESNEY
United States District Judge