IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT E. CONNER,<br><br>    Plaintiff,<br><br>  v.<br><br>K.R. CRUSE, et al.,<br><br>    Defendants.<br>_____ | No. C 09-4650 MMC (PR)<br><br>**ORDER OF DISMISSAL; DIRECTING CLERK OF COURT TO TERMINATE ACTION AND ALL PENDING MOTIONS** |

     Pursuant to plaintiff's May 19, 2011 notice of voluntary dismissal, the complaint in the above-titled action is hereby dismissed and said action is hereby terminated. The dismissal is without prejudice. The Clerk shall terminate all pending motions as moot (Docket No. 10) and close the file.

     IT IS SO ORDERED.

DATED: June 2, 2011

_____
MAXINE M. CHESNEY
United States District Judge